## BLACKBURN v. STATE.
### No. 22393.

Court of Criminal Appeals of Texas.
Feb. 10, 1943.

Rollie Fancher, of Seymour, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for unlawfully selling intoxicating liquor in dry area, punishment assessed at a fine of one hundred dollars.

No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.